**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21696-CIV-ALTONAGA**

**FERNANDO CELSO**
**ALVAREZ GALLIMORE**,

      Petitioner,

v.

**WARDEN, KROME**
**NORTH SPC**, *et al.*,

      Respondents.

_____/

**ORDER**

      **THIS CAUSE** came before the Court *sua sponte*.  On March 14, 2026, Petitioner, Fernando Celso Alvarez Gallimore filed a Petition for Writ of Habeas Corpus [ECF No. 1].  On March 20, 2026, Respondents filed a Response [ECF No. 5] asserting that Petitioner's detention is governed by 8 U.S.C. section 1225(b)(1).  (*See generally id.*).  To date, Petitioner has not filed a reply addressing this issue.

      Accordingly, it is **ORDERED** that Petitioner, Fernando Celso Alvarez Gallimore shall file a reply to Respondents' Response **[ECF No. 5]** by **April 6, 2026**.  Petitioner's failure to file a reply to the Response may be construed as a waiver of his arguments.

      **DONE AND ORDERED** in Miami, Florida, this 31st day of March, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record